**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARY HALL, | ) **Case No.: 2:11-cv-02087-GEB -EFB** |
| | ) |
|        Plaintiff, | ) **{PROPOSED} ORDER** |
| | ) |
|    v. | ) |
| | ) |
| PORTFOLIO RECOVERY ASSOCIATES, | ) |
| | ) |
| LLC, | ) |
| | ) |
|        Defendant. | ) |

**ORDER OF SUBSTITUTION OF COUNSEL FOR PLAINTIFF**

    Plaintiff's Notice to Substitute Counsel, which was filed on September 22, 2011, is granted.

DATED: 9/27/11

_____
GARLAND E. BURRELL, JR.
United States District Judge