IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
MARY HALL,                          )
                                    )    2:11-cv-02087-GEB-EFB
          Plaintiff,                )
                                    )
     v.                             )    ORDER RE: SETTLEMENT AND
                                    )    DISPOSITION
PORTFOLIO RECOVERY ASSOCIATES,      )
LLC,                                )
                                    )
          Defendant.                )
_____    )
```

        Plaintiff filed a "Notice of Settlement" on October 14, 2011, in which she states, "a settlement of the present matter has been reached and . . . Plaintiff anticipates [the settlement] will be finalized within the next 40 days." (ECF No. 7.)

        Therefore, a dispositional document shall be filed no later than November 23, 2011. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See E.D. Cal. R. 160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

        Further, the Status Conference scheduled for hearing on November 7, 2011, is continued to January 30, 2012, commencing at 9:00 a.m., in the event no dispositional document is filed, or if this action

1 is not otherwise dismissed.[1] A joint status report shall be filed
2 fourteen (14) days prior to the Status Conference.
3        IT IS SO ORDERED.
4 Dated:  October 20, 2011

6 _____
  GARLAND E. BURRELL, JR.
7 United States District Judge

---

[1] The Status Conference will remain on calendar, because the mere representation that a case has been settled does not justify vacating a scheduling proceeding. Cf. Callie v. Near, 829 F.2d 888, 890 (9th Cir. 1987) (indicating that a representation that claims have been settled does not necessarily establish the existence of a binding settlement agreement).

2